08-00460 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches ©,
Plaintiff

V.

Prosper.com;
CHRIS LARSEN d/b/a Prosper Founder,
Defendants

Civil No: MJJ
550

Complaint

Comes now Plaintiff Jonathan Lee Riches © under 42 USC 1983. Prosper is in a conspiracy to sell my torture at FCI Williamsburg to the highest bidder. I'm not prospering or growing. Com guards attack my civil rights, I get dirty washcloths, I seek $63 million for distress and Larsen gets a restraining order.

Respectfully
Submitted
Jonathan Lee Riches ©